UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Case No. 2:26-cv-10989-LJM-CI

JUSTINA PABON, individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

TRINITY HEALTH CORPORATION, and HEALTH
GORILLA INC.,

      Defendant.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Scott J. Falgoust from Bryson Harris Suciu Demay, PLLC

has been admitted to practice in this Court and hereby enters his appearance as counsel for Plaintiff,

Justina Pabon, individually and on behalf of all others similarly situated.

Counsel requests to be copied in all filed papers and pleadings in this action.

Respectfully submitted on this 7th day of April 2026.

/s/ Scott J. Falgoust
Scott J. Falgoust
**BRYSON HARRIS SUCIU & DEMAY, PLLC**
5301 Canal Boulevard
New Orleans, LA 70124
(919) 585-4634
sfalgoust@brysonpllc.com

and

Nick Suciu, III (# P72052)
**BRYSON HARRIS SUCIU & DEMAY, PLLC**
6905 Telegraph Rd., Suite 115

Bloomfield Hills, MI 48301
(616) 678-2180
nsuciu@brysonpllc.com
*Local Counsel pursuant to E.D. Mich. LR 83.20(f)*

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court on this 7th day of April 2026, via the Court's CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

By: */s/ Scott J. Falgoust*
Scott J. Falgoust