MIE (Rev. 9/09) Order Regarding Reassignment of Companion Case - Civil

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Justina Pabon

                    Plaintiff(s),                            Case No.  26-10989

v.                                                           Honorable  Laurie J. Michelson

Trinity Health Corporation et al                            Magistrate Judge  Curtis Ivy, Jr.

                    Defendant(s).
_____/

### ORDER REGARDING REASSIGNMENT OF COMPANION CASE

        This case appears to be a companion case to Case No. _____26-10948_____. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable  Shalina D. Kumar and Magistrate Judge  Kimberly G. Altman          .

                                                    s/Laurie J. Michelson
                                                    Laurie J. Michelson
                                                    United States District Judge

                                                    s/Shalina D. Kumar
                                                    Shalina D. Kumar
                                                    United States District Judge

        Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
        Case type:  CIVIL

        If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: April 7, 2026                                 s/N. Ahmed
                                                    Deputy Clerk

cc:     Parties and/or counsel of record
        Honorable Shalina D. Kumar