UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JUSTINA PABON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TRINITY HEALTH CORPORATION, AND HEALTH GORILLA INC.,**<br><br>Defendants. | Case No. 4:26-cv-10989-SDK-KGA<br><br>District Judge Shalina D. Kumar<br>Magistrate Judge Kimberly G. Altman |

## NOTICE OF MOTION TO CONSOLIDATE FILED IN RELATED ACTION

PLEASE TAKE NOTICE that, pursuant to E.D. Mich. LR 42.1(a)(2), Plaintiffs Jeffrey S. Jackson and Justina Pabon have filed in the earliest-numbered related action, *Jackson v. Trinity Health Corporation, et al.*, Case No. 2:26-cv-10948-SDK-KGA (E.D. Mich.), a Plaintiffs' Motion to Consolidate Related Actions and to Appoint Interim Class Counsel and Liaison Counsel, seeking consolidation of this action with *Jackson v. Trinity Health Corporation, et al.*, along with appointment of Marc H. Edelson and Scott J. Falgoust as Interim Co-Lead Class Counsel and Nick Suciu III as Interim Liaison Counsel, and entry of a briefing schedule providing Plaintiffs forty-five (45) days to file a Consolidated Complaint and Defendants sixty (60) days thereafter to respond.

*/s/ Scott J. Falgoust*
Scott J. Falgoust
**BRYSON HARRIS SUCIU & DEMAY, PLLC**
5301 Canal Boulevard
New Orleans, LA 70124
(919) 585-4634
sfalgoust@brysonpllc.com

and

Nick Suciu, III (# P72052)
**BRYSON HARRIS SUCIU & DEMAY, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
(616) 678-2180
nsuciu@brysonpllc.com
*Local Counsel pursuant to E.D. Mich. LR 83.20(f)*

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court on this 17th day of April 2026, via the Court's CM/ECF electronic filing system, which will provide electronic notice to all counsel of record.

By: */s/ Scott J. Falgoust*
Scott J. Falgoust

2